IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER
ADC # 110784                                                                                          PLAINTIFF

v.                                    Case No. 5:14-cv-00035-KGB

ANTHONY JACKSON,
JONATHAN EVENS, WUKENYA
RICHARDSON, AND JOHN SPEARS                                                         DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 23) and objections filed by plaintiff Wallace Gardner (Dkt. No. 24). After a review of the Proposed Findings and Recommendations and Mr. Gardner's objections, as well as a *de novo* review of the record, the Court adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects. Therefore, the Court grants Defendants' motion for summary judgment (Dkt. No. 17) and dismisses with prejudice Mr. Gardner's complaint (Dkt. No. 2).

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge