**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WALLACE A. GARDNER**
**ADC # 110784**                                                                 **PLAINTIFF**

**v.**                                  **Case No. 5:14-cv-00035-KGB**

**ANTHONY JACKSON,**
**JONATHAN EVENS, WUKENYA**
**RICHARDSON, AND JOHN SPEARS**                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, the Court dismisses with prejudice this case.

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge